IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**GARY BANKS,**
     Plaintiff,         )
                          )
      v.          )    2:04cv1551
                          )    Electronic Filing
**GREGORY GIDDENS**, et al.,     )
     Defendants.       )

## ORDER OF COURT

AND NOW, this 7th day of November, 2005, plaintiff having filed a second amended civil rights complaint and defendants having filed a partial motion to dismiss the second amended complaint, a Report and Recommendation having been issued by the United States Magistrate Judge with no objections thereto having been filed, and the court having conducted an independent review of the pleadings, IT IS ORDERED that the defendants' partial motion to dismiss the plaintiff's second amended complaint (Doc. No. 54) be, and the same hereby is, granted as to defendants Pennsylvania Department of Corrections and individual defendants Mohring, Stickman, Kessler, Blandford, Colling, Goode, Povychi and Bitner. The Magistrate's Report and Recommendation of October 19, 2005, is adopted as the opinion of the court.

                                                _/s/ D. Cercone_
                                               United States District Judge
                                               David Stewart Cercone

cc:    Gary Banks
        CT-8731
        SCI Fayette
        Box 9999
        LaBelle, PA  15450-0999

        Christian D. Bareford
        Office of the Attorney General
        564 Forbes Avenue
        5th Floor, Manor Complex
        Pittsburgh, PA  15219

        Honorable Robert C. Mitchell
        United States Magistrate Judge